# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MONA MARIA TATARU,

Defendant.

8:23CR129

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)      The defendant affirms receiving a copy of the indictment;

(2)      The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)      The defendant pleads not guilty to all counts of the indictment.

_____
Defendant

6 · 16 · 23
_____
Date

_____
Attorney for Defendant

6-21-23
_____
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 22nd day of _____June_____, 2023.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT